```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 46955
    CURT M OWENS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-0955

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/22/2004 and was confirmed 02/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 08/12/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
NUVELL CREDIT CO LLC       SECURED          8665.00       1169.93        8665.00
NUVELL CREDIT CO LLC       UNSECURED        7656.81          .00          765.68
BRIGHT HOUSE NETWORKS      UNSECURED          54.71          .00            5.47
CAPITAL ONE BANK           UNSECURED        1190.64          .00          119.06
EMERGE MASTERCARD          UNSECURED        2368.55          .00          236.86
FIDELITY INFORMATION COR   UNSECURED       NOT FILED         .00             .00
FINANCIAL CREDIT SERVICE   UNSECURED       NOT FILED         .00             .00
FIRST CREDIT SERVICES      UNSECURED       NOT FILED         .00             .00
PREMIER BANCARD CHARTER    UNSECURED         550.86          .00           55.09
MERCHANTS ASSOCIATION      UNSECURED       NOT FILED         .00             .00
ORCHARD BANK               UNSECURED       NOT FILED         .00             .00
ST ANTHONY HOSPITAL        UNSECURED       NOT FILED         .00             .00
SUPERIOR ASSET MANAGEMEN   UNSECURED       NOT FILED         .00             .00
T MOBILE                   UNSECURED       NOT FILED         .00             .00
TIME WARNER CABLE          UNSECURED       NOT FILED         .00             .00
CAPITAL ONE BANK           UNSECURED        1151.83          .00          115.18
CAPITAL ONE BANK           UNSECURED         981.54          .00           98.15
LEGAL HELPERS PC           DEBTOR ATTY     2,000.00                      2,000.00
TOM VAUGHN                 TRUSTEE                                         859.34
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             14,089.76

PRIORITY                                       .00
SECURED                                   8,665.00
    INTEREST                              1,169.93
UNSECURED                                 1,395.49
ADMINISTRATIVE                            2,000.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 46955 CURT M OWENS
```

```
TRUSTEE COMPENSATION                                              859.34
DEBTOR REFUND                                                        .00
                                        ----------------    ----------------
TOTALS                                         14,089.76          14,089.76
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
Dated: 11/20/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```